UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Date: | October 12, 2016 |
| vs. | Case No.: | 16-3039-15-CR-S-MDH |
| WILLIAM DAVID WATTS | | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Arraignment
Scheduling Conference

**Time Commenced:** 11:15 a.m. (11:32 a.m.)     **Time Terminated:** 11:35 a.m.

APPEARANCES

**Plaintiff:** Timothy A. Garrison, AUSA
**Defendant:** Kristin Suzanne Jones, CJA

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

<u>Arraignment</u>: Defendant waives formal reading of the *Second Superseding Indictment* and enters a plea of not guilty as to all counts naming Defendant.

<u>Scheduling Conference</u>: A scheduling order setting forth discovery deadlines will be entered by the Court. Case will be placed on the November Joint Criminal Trial Docket.

<u>Custody</u>: Defendant on bond.

**Courtroom Deputy/ERO:** Steve Burch